## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PICKERING WHARF MARINA MANAGEMENT CO., INC., <br>     Plaintiff, <br> v. <br><br> M/V REASONS (O.N. 1041502), <br>     her engines, boilers, tackle, tender and appurtenances, *in rem*, and <br><br> The Estate of FRED M. BEVINS, III, <br>     Defendant. | C.A. No. |

## VERIFIED COMPLAINT

Plaintiff, Pickering Wharf Marina Management Co., Inc., by way of Verified Complaint against the Defendants, say:

### Jurisdiction and Venue

1. Plaintiff brings this suit against the Defendants under the provisions of 28 U.S.C. §1333 as this is an admiralty claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and Supplemental Rule C of the Federal Rules of Civil Procedure and pursuant to the provisions of 28 U.S.C. §1367.

2. Venue lies within this District under the provisions of 28 U.S.C. §1391.

### Statement of the Claim

3. Plaintiffs, Pickering Wharf Marina Management Co., Inc. ("PWM") is a Massachusetts corporation with a principal office located at 164 Beach Road, Vineyard Haven, Massachusetts.

4. At all times hereinafter noted the Defendant M/V REASONS (O.N. 1041502) ("Vessel") is now within this district.

5. Fred M. Bevins III is the current record owner of the Vessel. He passed away in January

of 2019.

6.      Mr. Bevins passed away and the Defendant Estate of Fred M. Bevins III has refused to take possession of the vessel and has abandoned it at PWM.

7.      Based upon the credit worthiness of the Vessel, PWM has provided wharfage and other necessaries to the Vessel.

8.      PWM is currently owed Seventy Three Thousand Six Hundred Sixty Eight Dollars and Fifty Seven Cents ($73,668.57) for storage and other necessaries that have been provided to the Vessel.

9.      Despite repeated demands, the Defendant and the Vessel have failed to satisfy this outstanding balance.

10.     Pursuant to the terms of the invoice and billing practices with this Vessel, PWM is also owed interest at 18% per annum and attorneys fees and costs incurred to collect the monies owed to PWM.

## Prayers for Relief

WHERFORE, Plaintiff prays:

1.      That a warrant for the arrest of the M/V REASONS (O.N. 1041502), her engines, boilers, tackle, appurtenances, furniture, gear, tender, sails, electronics, etc., and that all persons claiming any right, title, or interest then be cited to appear and answer under oath the all and singular matters aforesaid and that the M/V REASONS (O.N. 1041502), her engines, boilers, tackle, appurtenances, furniture, gear, tender, sails, electronics, etc. may be condemned and sold to pay the demands aforesaid, with interest and costs, and to pay and all other amounts required to be paid by Defendants to Plaintiff, and that Plaintiff may have such other and further relief as the court deems just and equitable;

2.    That PWM's Preferred Maritime Lien, be declared to be a valid and existing lien upon the M/V REASONS (O.N. 1041502), her engines, boilers, tackle, appurtenances, furniture, gear, tender, sails, electronics, etc. in the preferred position described therein and thereby conveyed and transferred, prior and superior to the interest, liens or claims of any and all persons, firms or corporations whatsoever, except such persons, firms or corporations as may hold preferred maritime liens on said vessel.

3.    That Judgment be entered in favor of the Plaintiff and against the Defendants, M/V REASONS (O.N. 1041502) and the Estate of Fred M. Bevins III, for the amount of the Plaintiff's damages, together with interest, costs, and if allowed, attorneys fees.

### VERIFICATION

I, Richard P. Rockett, being duly sworn, depose and say:

I have read the foregoing complaint and know the contents thereof and the same is true of my own knowledge, except as to those matters therein stated on information and belief, and as to those matters I believe it to be true.  Pursuant to 28 USC §1746, I, Richard P. Rockett, declare under penalty of perjury that the foregoing is true and correct.

*/s/ Richard P. Rockett*
PICKERING WHARF MARINA MANAGEMENT CO., INC.
By:    Richard P. Rockett
Its:    President

Respectfully submitted,
Plaintiff,
By its attorney,

*/s/ David S. Smith*
David S. Smith, Esq.
BBO No.: 634865
James Andrew Black, Esq.
BBO No.: 705139
FARRELL SMITH O'CONNELL
AARSHEIM APRANS LLP
27 Congress Street, Suite 109
Salem, Massachusetts 01970
Tel: 978-744-8918

Dated: October 18, 2021                    e-mail: dsmith@fsofirm.com